## SMALLWOOD v. STATE.
### No. 21346.

Court of Criminal Appeals of Texas.

Jan. 8, 1941.

Marvin P. McCoy, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of an assault to murder with malice aforethought, and his punishment assessed at five years in the penitentiary.

The record contains neither statement of facts nor bills of exception. The indictment appears to be in proper form. Nothing is presented for review.

The judgment is affirmed.